IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03000-CMA-MJW

AMIR BLAND,

Plaintiff(s),

v.

OFF. MICHAEL ALLAN, Official & Individual,
CITY OF AURORA, and
OFF. EWERT, Official & Individual,

Defendant(s).

---

MINUTE ORDER

---

Entered by U. S. Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Motion for Production of Documents under Rule 34 (Docket No. 21), Motion for Medical & Mental Health Records (Docket No. 22), and Motion for D.R.D.C. - Medical & Mental Health Records (Docket No. 23) are all DENIED WITHOUT PREJUDICE.  Plaintiff's motions are premature.  As this court directed in its Minute Order entered on January 3, 2013 (Docket No. 20, "[p]ursuant to Fed. R. Civ. P. 26(d) no discovery shall be sought until after the pre-scheduling conference meeting."  Furthermore, plaintiff does not need to file a motion to make discovery requests of other parties.

Date: January 6, 2014