IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03000-CMA-MJW

AMIR BLAND,

Plaintiff(s),

v.

OFF. MICHAEL ALLAN, Official & Individual,
CITY OF AURORA, and
OFF. EWERT, Official & Individual,

Defendant(s).

---

# MINUTE ORDER

---

**Entered by U. S. Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the plaintiff's Motion for Production of Documents Under Rule (34)(a)(1) (Docket No. 40) is denied.  As stated in the Minute Order filed on January 3, 2014 (Docket No. 20), "[p]ursuant to Fed. R. Civ. P. 26(d) no discovery shall be sought until after the pre-scheduling conference meeting."  There is no indication that the pre-scheduling conference meeting has yet been held in this case.  Furthermore, when it is time for discovery to be sought, plaintiff may seek documents from any other party pursuant to the provisions of any Scheduling Order entered in this case and pursuant to  Fed. R. Civ. P. 34, which does not require a motion.

Date: February 13, 2014