IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03000-CMA-MJW

AMIR BLAND,

Plaintiff(s),

v.

OFF. MICHAEL ALLAN, Official & Individual,
CITY OF AURORA, and
OFF. EWERT, Official & Individual,

Defendant(s).

## MINUTE ORDER

**Entered by U. S. Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's Motion for Stay of Entire Action (docket no. 34) is DENIED for those reasons as outlined in docket no. 20. See this court's previous Order concerning Defendants' Motion for Stay of Entire Action Pursuant to the Servicemembers Civil Relief Act (docket no. 17)[docket no. 20].

Date: February 26, 2014