IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03000-CMA-MJW

AMIR BLAND,

Plaintiff(s),

v.

OFF. MICHAEL ALLAN, Official & Individual,
CITY OF AURORA, and
OFF. EWERT, Official & Individual,

Defendant(s).

## MINUTE ORDER

**Entered by U. S. Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the plaintiff's Motion for Appointment of Counsel (Docket No. 50) is denied without prejudice for the reasons stated in this court's Minutes Orders of January 7, 2014 (Docket No. 28), and January 14, 2014 (Docket No. 31).

It is further ORDERED that the plaintiff's Motion for Production of Documents Under Rule (34) (Docket No. 51) is denied. As this court explained in its Minute Order of February 13, 2014 (Docket No. 43), which denied a similar motion, plaintiff may seek documents from any other party pursuant to the provisions of the Scheduling Order entered in this case and pursuant to Fed. R. Civ. P. 34, which does not require a motion.

Date: March 11, 2014