IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03000-CMA-MJW

AMIR BLAND,

Plaintiff(s),

v.

OFF. MICHAEL ALLAN, Official & Individual,
CITY OF AURORA, and
OFF. EWERT, Official & Individual,

Defendant(s).

## MINUTE ORDER

**Entered by U. S. Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Defendants' Motion for Entry of Protective Order (docket no. 44) is GRANTED finding good cause shown. The written Protective Order (docket no. 44-1) is APPROVED as amended in paragraphs 16 and 18 and made an Order of Court.

Date: March 31, 2014