**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

| | |
|---|---|
| **Civil Action No.**  13-cv-03000-CMA-MJW | FTR - Courtroom A-502 |
| **Date:**  July 14, 2014 | Courtroom Deputy, Ellen E. Miller |

| Parties | Counsel |
|---|---|
| AMIR BLAND, #162438 | *Pro Se*   (by telephone) |
| Plaintiff(s), | |
| v. | |
| OFF. MICHAEL ALLEN, Official & Individual, CITY OF AURORA, and OFF. EWERT, Official & Individual, | Jamie D. Wynn<br>Teresa Kinney<br>Daniel L. Money |
| Defendant(s). | |

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING**:   **STATUS CONFERENCE**
**Court in Session:**   9:38 a.m.
Court calls case.  Appearances of *Pro Se* plaintiff and defense counsel.

It is noted, based on information from the Aurora City Attorney's Office, the name of Officer Michael Allen is misspelled in the Complaint Caption as Allan.  The Clerk of the Court is directed to correct the spelling in the CM/ECF record, and all parties shall make the correction to their records.

It is noted Officer Michael Allen is currently an active City of Aurora police officer having been released from active military duty status.

Discussion is held regarding the Medical Release forms provided by Plaintiff.
Defendants have received records from Denver Health Medical Center, and defense counsel is directed to provide a copy to Plaintiff.
No records have been received from Aurora South Medical Center or Arapahoe County Sheriff's Office.   Defendants make an Oral Motion for release of the records of Arapahoe County Sheriff's Office.  With no objection from Plaintiff,

**It is ORDERED:**   Defendants' ORAL MOTION FOR RELEASE OF THE RECORDS OF THE ARAPAHOE COUNTY SHERIFF'S OFFICE is **GRANTED,** for reasons as set forth on the record.   Records shall be released to defense counsel and Plaintiff.

The Court raises Defendants' Motion for Leave to Take Plaintiff's Deposition for argument. With no objection from Plaintiff,

**It is ORDERED:**  Defendants' MOTION FOR LEAVE TO TAKE PLAINTIFF'S DEPOSITION [Docket No. **82**, filed July 10, 2014] is **GRANTED** for reasons as set forth on the record.

No further status conference is set at this time.

It is noted the Final Pretrial Conference is set November 25, 2014 at 9:30 a.m. in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse,  901 19th Street, Denver, Colorado 80294.  Plaintiff shall appear by telephone by calling the Court chambers (303) 844-2403.

Hearing concluded.
**Court in recess:**   9:52 a.m.
Total In-Court Time 00:14

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.