IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 13-cv-03000-CMA-MJW

AMIR BLAND,

    Plaintiff,

v.

OFFICER MICHAEL ALLEN, Official and Individual,
CITY OF AURORA, and
OFFICER EWERT, Official and Individual,

    Defendants.

---

## ORDER GRANTING DISMISSAL OF DEFENDANTS ALLEN AND EWERT, AND AMEND CAPTION

---

This matter is before the Court on the parties' Unopposed Motion to Dismiss Defendants Allen and Ewert and to Recaption Case (Doc. # 86). The Court has reviewed the Motion and ORDERS as follows:

All claims by Plaintiff against Defendant Officers Michael Allen and Matthew Ewert are hereby DISMISSED. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Officer Michael Allen and Officer Matthew Ewert as Defendants in this case.

DATED: July __24__, 2014

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Judge