**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-03000-CMA-MJW

AMIR BLAND,

    Plaintiff,

v.

CITY OF AURORA,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Pursuant to and in accordance with the Stipulated Motion for Dismissal With Prejudice (Doc. # 88), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own attorney fees and costs.

DATED: July __25__, 2014

                                            BY THE COURT:

                                          *[signature: Christine M. Arguello]*

                                          CHRISTINE M. ARGUELLO
                                          United States District Court Judge